IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTTIE JONES<br>　　　Plaintiff<br><br>VS.<br><br>ACE TEMPEST RE USA LLC<br>ACE AMERICAN INSURANCE<br>COMPANY; ACT TEMPEST RE USA<br>LLC (AKA) ATR USA LLC;<br>ACE LIMITED; OIL CASUALTY<br>INSURANCE LIMITED;<br>CHEVRONTEXACO;<br>　　　Defendants | § § § § § § § § § § § § § § § | No. _____<br><br>Jury |

## Index of Matters Filed

**Exhibit B:**   Corporate Citation and Service of Process Transmittal related to service upon Defendant Ace American Insurance Company.

**Exhibit C:**   Plaintiff's Original Petition and Defendant Ace American Insurance Company's Original Answer and Request for Disclosure filed in the 152nd Judicial District Court of Harris County, Texas.

**Exhibit D:**   District Court's Docket Sheet and Court Orders.

**Exhibit E:**   List of Counsel of Record and Parties Represented.