UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Scottie Jones, §
 §
　　　　　Plaintiff, §
 §
versus §　　　　　Civil Action H-13-554
 §
Texas Commissioner of Insurance, et al., §
 §
　　　　　Defendants. §

## Final Dismissal

　　Scottie Jones's claims against Ace American Insurance Company, the Texas Commissioner of Insurance, Ace Tempest Re USA, LLC, ACE Limited, Oil Casualty Insurance Limited, and ChevronTexaco are dismissed with prejudice as precluded and untimely.

　　Signed on March 28, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　United States District Judge